**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
RUSSELL LEE RIGGS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>RUSSELL LEE RIGGS<br><br>JUAN PENALOZA-HERRERA,<br><br>            Defendant | Case No.: 15-CR-00264 DAD-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA A. MCAULIFFE AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY AND TO MSSR. VICTOR PEREZ, CO-COUNSEL:

   **COMES NOW** Defendant, RUSSELL LEE RIGGS, by and through his attorney of record, DAVID A. TORRES hereby requesting that the Status Conference currently set for Monday, February 22, 2016 be continued to Monday, March 14, 2016.

   I am currently negotiating a plea agreement on behalf of Mr. Riggs, and anticipate a disposition within the next 30 days.  Mr. Perez, counsel for the co-defendant, is currently in trial in the matter of *People v. Angel Hernandez; 14CMS1997* in the Kings County Superior Court, Hanford Branch, and unavailable to attend the status conference on February 22, 2016.  Mr.

Perez and his client, Mr. Penaloza, do not object to a continuance and are prepared to exclude time. I have spoken to AUSA Karen Escobar, and she has no objection to continuing the Status Conference.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 2/17/16                                  */s/ David A Torres*
                                                DAVID A. TORRES
                                                Attorney for Defendant
                                                RUSSELL LEE RIGGS

DATED: 2/17/16                                  */s/ Victor Perez*
                                                VICTOR PEREZ
                                                Attorney for Defendant
                                                JUAN PENALOZA-HERRERA

DATED: 2/17/16                                  */s/Karen Escobar*
                                                KAREN ESCOBAR
                                                Assistant U.S. Attorney

# ORDER

**IT IS SO ORDERED** that the 2nd Status Conference for defendants is continued from February 22, 2016 to March 14, 2016 at 1:00PM before Judge McAuliffe. Time is excluded pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

IT IS SO ORDERED.

Dated:  **February 18, 2016**             */s/ Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE