1  DAVID A. TORRES AND ASSOCIATES
2  David A. Torres, SBN135059
   1318 K. Street
3  Bakersfield, CA 93301
   Tel: (6610326-0857
4  Fax: (661)326-0936
   Email: dtorres@lawtorres.com
5
6  Attorney for:
   RUSSELL LEE RIGGS

7                UNITED STATES DISTRICT COURT
8            FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA, | Case No. 1:15-CR-00264-DAD-BAM-2 |
   |---|---|
11 | Plaintiff, | |
12 | v. | STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET FOR MOTION TO DETERMINE COMPETENCY TO STAND TRIAL |
13 | RUSSELL LEE RIGGS, | |
14 | Defendants. | |

15
16  TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A.
17  DROZD AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:
18        **COMES NOW** Defendant, RUSSELL LEE RIGGS, by and through his attorney of
19  record, DAVID A. TORRES hereby requesting that the status conference hearing currently set for
20  Monday, May 23, 2016, be vacated and a motion to determine competency to stand trial be placed
21  on calendar and heard on Monday, May 23, 2016.
22        Counsel for defendant, Russell Riggs, has filed a motion pursuant to 18 USC Sec. 4142,
23  requesting a mental examination of Mr. Riggs. As such, we are requesting that the matter be
24  heard before the Hon. Dale A. Drozd on May 23, 2016.
25        Based upon the foregoing stipulation, counsel requests that the May 23rd status
26  conference currently set for 1:00pm before the Magistrate McAuliffe for Mr. Riggs, be vacated
27  and set at an earlier time before the Hon. Drozd.
28  /////

                                              1

**IT IS SO STIPULATED.**

DATED: 5/19/2016

Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
RUSSELL LEE RIGGS

DATED: 5/19/2016

*/s/Karen Escobar*
KAREN ESCOBAR
Assistant U.S. Attorney

# ORDER

The status conference currently set for May 23, 2016, before Magistrate Judge Barbara A. McAuliffe is vacated as to Russell Lee Riggs only and a motion to determine competency to stand trial is set for May 23, 2016, at 10:00 a.m. in Courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:   **May 19, 2016**

UNITED STATES DISTRICT JUDGE