UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:15-CR-00264-DAD-BAM-2 |
| Plaintiff, | |
| v. | ORDER APPOINTING PSYCHOLOGIST PURSUANT TO  18 USC § 4241 |
| RUSSELL LEE RIGGS, | |
| Defendants. | |

On May 23, 2016, a motion to determine competency to stand trial brought on behalf of defendant Russell Riggs came before the court for hearing.  Attorney David A. Torres appeared for the defendant.  Assistant U.S. Attorney Karen Escobar appeared for the government.  The government stated that it had no opposition to the granting of the defense motion.

Accordingly, GOOD CAUSE APPEARING, pursuant to 18 U.S.C. § 4241[1], the court hereby appoints Dr. Michael Musacco, 5401 Business Park South, Suite 126, Bakersfield, CA 93309 to conduct a psychological examination of defendant Riggs and directs that a report of examination be filed UNDER SEAL with the court pursuant to the provisions of 18 U.S.C. § 4247(b) & (c).  *See*  18 USC § 4241(b).  The matter has been calendared for hearing on the

---

[1] Defendant's counsel prepared a proposed order for the court's consideration following the hearing.  That proposed order erroneously twice referred to "18 USC 4142" rather than 18 U.S.C. § 4241 and was otherwise incomplete.

1

consideration of the report for June 27, 2016, at 10:00 a.m. before the undersigned.  Therefore, Dr. Musacco's report of examination shall be filed UNDER SEAL with the court no later than June 21, 2016.

In the report, Dr. Musacco shall state his opinion as to whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to understand the nature and consequences of the proceedings against him or to assist properly in his defense.  In addition, Dr. Musacco's report must include all of the information required by 18 U.S.C. § 4247(c)(1) through (c)(4), which states as follows:

> (c) Psychiatric or psychological reports.--A psychiatric or psychological report ordered pursuant to this chapter shall be prepared by the examiner designated to conduct the psychiatric or psychological examination, shall be filed with the court with copies provided to the counsel for the person examined and to the attorney for the Government, and shall include--
>
> (1) the person's history and present symptoms;
>
> (2) a description of the psychiatric, psychological, and medical tests that were employed and their results;
>
> (3) the examiner's findings; and
>
> (4) the examiner's opinions as to diagnosis, prognosis, and--
>
> > (A) if the examination is ordered under section 4241, whether the person is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense;
> >
> > (B) if the examination is ordered under section 4242, whether the person was insane at the time of the offense charged;
> >
> > (C) if the examination is ordered under section 4243 or 4246, whether the person is suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to property of another;
> >
> > (D) if the examination is ordered under section 4248, whether the person is a sexually dangerous person;
> >
> > (E) if the examination is ordered under section 4244

or 4245, whether the person is suffering from a mental disease or defect as a result of which he is in need of custody for care or treatment in a suitable facility; or

(F) if the examination is ordered as a part of a presentence investigation, any recommendation the examiner may have as to how the mental condition of the defendant should affect the sentence.

Finally, as indicated at the hearing on the defense motion, time is excluded for this purpose from May 23, 2016 through June 27, 2016, pursuant to 18 U.S.C. § 3161(h)(1)(A), Local Code A.

IT IS SO ORDERED.

Dated:   **May 25, 2016**                                     _____
                                                                                    UNITED STATES DISTRICT JUDGE