1  **DAVID A. TORRES AND ASSOCIATES**
   David A. Torres, SBN135059
2  1318 K. Street
   Bakersfield, CA 93301
3  Tel: (661)326-0857
   Fax: (661)326-0936
4  Email: dtorres@lawtorres.com

5  Attorney for:
   RUSSELL LEE RIGGS
6

7                   IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT of CALIFORNIA

9

10 UNITED STATES OF AMERICA,          ) Case No.: 1:15-CR-00264-DAD-BAM
                                      )
11              Plaintiff,            ) **STIPULATION AND ORDER TO**
                                      ) **CONTINUE STATUS CONFERENCE**
12       vs.                          )
                                      )
13 RUSSELL LEE RIGGS,                 )
                                      )
14              Defendant             )

15 TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A.

16 DROZD AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

17        **COMES NOW** Defendant, RUSSEL LEE RIGGS, by and through his attorney of

18 record, DAVID A. TORRES hereby requesting that the status conference hearing currently set

19 for Monday, August 1, 2016 be continued to Monday, September 12, 2016, the same date as Mr.

20 Riggs' co-defendant, Juan Penaloza-Herrera.

21        I am currently out of the country undergoing surgery and will return on Tuesday, August

22 2, 2016.  I have spoken to AUSA Karen Escobar, and she has no objection to continuing the

23 status conference hearing.

24        The parties also agree the delays resulting from the continuance shall be excluded in the

25 interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

          //

                                            1

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: July 27, 2016                         */s/ David A Torres*
                                             DAVID A. TORRES
                                             Attorney for Defendant
                                             RUSSELL LEE RIGGS


DATED: July 27, 2016                         */s/Karen Escobar*
                                             KAREN ESCOBAR
                                             Assistant U.S. Attorney


## ORDER

The status conference hearing as to Russell Lee Riggs previously set for August 1, 2016, is continued to September 12, 2016, at 10:00am in Courtroom 5 before Judge Dale A. Drozd. Time is excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

IT IS SO ORDERED.

Dated:  **July 28, 2016**                   _____
                                             UNITED STATES DISTRICT JUDGE