PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:15-CR-00264-DAD-BAM-2 |
|---|---|
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| RUSSELL LEE RIGGS, | |
| Defendant. | |

Based upon the plea agreement entered into between United States of America and defendant Russell Lee Riggs, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853(a), defendant Russell Lee Riggs' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. Savage, model 114 American Classic Stainless, .30-06 caliber rifle, serial number H869458;
   b. Remington Model 341 .22 caliber rifle, serial number 139122;
   c. Bishop rifle, serial number 31187;
   d. Hawes Western Marshall .44 magnum revolver, serial number 4/4792;
   e. Ruger Blackhawk .30 carbine revolver, serial number 51-33969;

PRELIMINARY ORDER OF FORFEITURE 1

    f. Marlin Model 60 .22 caliber rifle, serial number 93422506;

    g. Winchester Model 94 carbine 30-30 lever action rifle, serial number 4425328;

    h. Springfield Model 87A .22 caliber rifle;

    i. Savage 24V Series D .223/20-gauge combo shotgun rifle, serial number E771243;

    j. Thompson Center Arms .44 Magnum break-action pistol, serial number 304320;

    k. Winchester Model 74 .22 caliber rifle, serial number 41750;

    l. Harrington & Richardson Model 088 .410-gauge break-action shotgun, serial number BA487503;

    m. Utica Arms 12-gauge double-barreled shotgun , serial number 35075; and,

    n. Any and all rounds of ammunition and magazines seized in the underlying investigation.

  2. The above-listed assets constitute property derived from any proceeds the defendant obtained, directly or indirectly, or was property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of a violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B), or a conspiracy to commit such offenses.

  3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, Customs and Border Protection in its secure custody and control.

  4. a. Pursuant to 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those

persons so notified.

      b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: **June 14, 2017**

_____
UNITED STATES DISTRICT JUDGE