1  PHILLIP A. TALBERT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:15-CR-00264-DAD-BAM |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| JUAN PENALOZA-HERRERA, and RUSSELL LEE RIGGS, | |
| Defendants. | |

WHEREAS, on April 26 and June 14, 2017, the Court entered Preliminary Orders of Forfeiture, pursuant to the provisions of 21 U.S.C. § 853, based upon the plea agreements entered into between plaintiff and defendants Juan Penaloza-Herrera and Russell Lee Riggs, forfeiting to the United States the following property:

    a. Approximately $7,023.00 in U.S. Currency;

    b. Savage, model 114 American Classic Stainless, .30-06 caliber rifle, serial number H869458;

    c. Remington Model 341 .22 caliber rifle, serial number 139122;

    d. Bishop rifle, serial number 31187;

    e. Hawes Western Marshall .44 magnum revolver, serial number 4/4792;

    f. Ruger Blackhawk .30 carbine revolver, serial number 51-33969;

    g. Marlin Model 60 .22 caliber rifle, serial number 93422506;

h. Winchester Model 94 carbine 30-30 lever action rifle, serial number 4425328;

i. Springfield Model 87A .22 caliber rifle;

j. Savage 24V Series D .223/20-gauge combo shotgun rifle, serial number E771243;

k. Thompson Center Arms .44 Magnum break-action pistol, serial number 304320;

l. Winchester Model 74 .22 caliber rifle, serial number 41750;

m. Harrington & Richardson Model 088 .410-gauge break-action shotgun, serial number BA487503;

n. Utica Arms 12-gauge double-barreled shotgun , serial number 35075; and,

o. Any and all rounds of ammunition and magazines seized in the underlying investigation.

AND WHEREAS, beginning on May 16, 2017, and again on June 21, 2017, for at least 30 consecutive days respectively, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the United States served notice of the preliminary order of forfeiture on Martha Hernandez, a known potentially interested party. On July 21, 2017, the United States served notice of the preliminary order of forfeiture on Victor M. Perez, the attorney who filed an administrative claim on behalf of Juan Penaloza and Martha Hernandez to the approximately $7,023.00 in U.S. Currency;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired;

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853, to be

disposed of according to law, including all right, title, and interest of Juan Penaloza-Herrera, Russell Lee Riggs, and Martha Hernandez.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The United States Marshals Service, Department of Homeland Security, Customs and Border Protection, and Bureau of Alcohol, Tobacco, Firearms and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **October 17, 2017**

_____
UNITED STATES DISTRICT JUDGE